Matter of Demko (2025 NY Slip Op 05867)

Matter of Demko

2025 NY Slip Op 05867

Decided on October 23, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 23, 2025

PM-237-25
[*1]In the Matter of Kevin Matthew Demko, an Attorney. (Attorney Registration No. 5539390.)

Calendar Date:October 20, 2025

Before:Garry, P.J., Clark, Aarons, Lynch and Powers, JJ.

Kevin Matthew Demko, Havertown, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kevin Matthew Demko was admitted to practice by this Court in 2017 and lists a business address in Exton, Pennsylvania with the Office of Court Administration. Demko now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Demko's application.
Upon reading Demko's affidavit sworn to August 20, 2025 and filed August 25, 2025, and upon reading the October 14, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Demko is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Aarons, Lynch and Powers, JJ., concur.
ORDERED that Kevin Matthew Demko's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Kevin Matthew Demko's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kevin Matthew Demko is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Demko is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kevin Matthew Demko shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.